IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PERCY WILLIAMS AND THE ESTATE OF MARY LOUISE WILLIAMS | * * * |
| PLAINTIFF | * |
|  | * CIVIL ACTION NO._____ |
| VS. | * * |
|  | * COMPLAINT AND |
| WEST BATON ROUGE CREDIT INC.. | * DEMAND FOR JURY TRIAL |
|  | * |
| DEFENDANT | * |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Percy Williams and Renita Cobbs on behalf of the Estate of Mary Louise Williams, complain as follows against defendant West Baton Rouge Credit, Inc..

I.    INTRODUCTION

1. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter referred to as the "Act").  Plaintiffs seek actual damages, punitive damages, costs and attorney's fees.

II.   PARTIES

2. Percy Williams, plaintiff, is a natural person who reside in the Parish of West Baton Rouge.  Renita Cobbs, on behalf of the Estate of Mary Louise Williams is a resident of the Parish of West Baton Rouge.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a© of the Act.

4. Defendant, West Baton Rouge Parish Credit, Inc., Inc. (hereinafter referred to as "WBR Credit" or "defendant"), is a Louisiana Corporation authorized to do and

doing business in the State of Louisiana, whose registered agent for service of process in Louisiana is

III. FACTUAL ALLEGATIONS

5. On or about October 3, 2006 WBR Credit obtained a judgment against Percy Williams and Ora Lee Williams in the City Court of Port Allen Louisiana.

6. WBR Credit then instituted foreclosure proceedings against property owned by Percy Williams and his first wife now deceased located at 3762 Lukeville Lane, Brusly, LA 70719.

7. The property was sold at sheriff's sale on December 12, 2007.

8. The City Court of Port Allen does not have jurisdiction over the property located at 3762 Lukeville, Lane, Brusly, LA 70719.

IV. DEFENDANT'S PRACTICES

9. Defendant, WBR Credit, violated numerous provisions of the FDCPA including but not limited to section 1692i.

10. Plaintiff's, suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which they should be compensated in an amount to be proven at trial.
WHEREFORE, plaintiff, respectfully request that the Court grant the following relief in their favor and against Defendant, WBR Credit for:

    A. Additional Damages

    B. Actual Damages

    C. Attorney fees, litigation expenses and costs; and

    D. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED

BY ATTORNEY

<u>  s/ Victor J. Woods, Jr. s/  </u>
Victor J. Woods, Jr. #21955
Attorney for Plaintiffs
451 Florida Street; Suite 748
Baton Rouge, LA 70801
Telephone (225) 344-8996
Facsimile (225) 344-9496
Email: Victor@woodslawoffice.com