IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PERCY WILLIAMS AND THE ESTATE OF MARY LOUISE WILLIAMS | * * * |
| PLAINTIFF | * |
| | * CIVIL ACTION NO. 08-808-JJB-CN |
| VS. | * |
| | * COMPLAINT AND |
| WEST BATON ROUGE CREDIT INC.. | * DEMAND FOR JURY TRIAL |
| DEFENDANT | * * |

### ORDER OF DISMISSAL

Considering the foregoing Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the petition for damages filed by plaintiffs Percy Williams and and Renita Cobbs on behalf of the Estate of Mary Louise Williams, against West Baton Rouge Parish Credit, Inc. in the above entitled and numbered suit be and same is hereby finally dismissed, in its entirety.

Signed at Baton Rouge, Louisiana this 16th day of April, 2009

_James J. Brady_
Judge